Dismissed and Memorandum Opinion filed November 10, 2005









Dismissed and Memorandum Opinion filed November 10,
2005.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00857-CR

____________

 

RICARDO SMALLHORN MURRAY,
Appellant

 

V.

 

THE STATE OF
TEXAS, Appellee

 



 

On Appeal from the
176th District Court

Harris County, Texas

Trial Court Cause No. 970,712

 



 

M E M O R A N D U M   O P I N I O N

Appellant seeks to appeal the trial court=s denial of his post-conviction writ
of habeas corpus.  An intermediate
appellate court of appeals has no jurisdiction over post-conviction  writs of habeas corpus in felony cases.  See Tex.
Code Crim. Proc. Ann. art. 11.07 (Vernon 2005).   Post-conviction writs of habeas corpus are
to be filed in the trial court in which the 
conviction was obtained and made returnable to the Court of Criminal
Appeals.  Id.  

Accordingly, the appeal is ordered dismissed.

 








PER CURIAM

Judgment rendered and Memorandum
Opinion filed November 10, 2005.

Panel consists of Justices Fowler,
Edelman, and Guzman.

Do Not Publish C Tex. R. App. P. 47.2(b).